**DISMISS and Opinion Filed March 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01269-CV

## IN RE HERMES SARGENT BATES, LLP AND COLLEEN MCCOY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03421**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Whitehill
Opinion by Justice Evans

By order dated December 30, 2014, the Court abated this mandamus proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure to allow the successor judge to reconsider the ruling of the trial court. Relator has advised the Court that the trial court has granted the relief sought by the petition for writ of mandamus. Relator now moves to dismiss its petition for writ of mandamus. Pursuant to relator's motion, we dismiss relator's petition for writ of mandamus. *See* TEX. R. APP. P. 42.1.

141269F.P05

/David Evans/
DAVID EVANS
JUSTICE